IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DENNIS MAURER, | : |
| Plaintiff, | : |
| v. | : Case No. 1:22-cv-04753-CPO-EAP |
| PALMER HOUSE RESTAURANT, INC. et al, | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been resolved.

Respectfully Submitted,

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
Direct (609) 319-5399
Office (609) 236-3211
Fax (609) 900-2760
js@shadingerlaw.com
*Attorney for Plaintiff*

/s/ Christian M. Scheuerman
Christian M. Scheuerman, Esq.
Marks O'Neill O'Brien Doherty & Kelly PC
Cherry Tree Corporate Center Suite 501
535 Route 38 East
Cherry Hill, NJ 08002
Direct (856) 406-1327
Office (856) 663-4300
Fax (856) 663-4439
cscheuerman@moodklaw.com
*Attorneys for Defendant*

Dated: January 5, 2023

| | |
|---|---|
| DENNIS MAURER,<br><br>                    Plaintiff,<br><br>      v.<br><br>PALMER HOUSE RESTAURANT, INC., a New Jersey Corporation, & B-J STORES, INC., a Delaware Corporation,<br><br>                    Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 22-cv-4753 (CPO)(EAP) |

### STIPULATION OF DISMISSAL WITH PREJUDICE, AS TO DEFENDANT B-J STORES, INC.

It is hereby stipulated and agreed by and between the Plaintiff, DENNIS MAURER, and the Defendant, B-J STORES, INC., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the Defendant, and all claims against it, be dismissed from this action with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully Submitted,

Dated: January 5, 2023

| | |
|---|---|
| /s/ Jon G. Shadinger Jr.<br>Jon G. Shadinger Jr., Esq.<br>Shadinger Law, LLC<br>717 E. Elmer Street, Suite 7<br>Vineland, NJ 08360<br>Tel (609) 319-5399<br>Fax (314) 898-0423<br>js@shadingerlaw.com<br>*Attorney for Plaintiff, Dennis Maurer* | /s/ Jeffrey Shooman<br>Jeffrey Shooman, Esq.<br>Lewis Brisbois Bisgaard & Smith LLP<br>One Riverside Plaza, Suite 800<br>Newark, NJ 07102<br>(973-577.6260 - Tel<br>(212) 232-1399 - Fax<br>jeffrey.shooman@lewisbrisbois.com<br>*Attorneys for Defendant, B-J Stores, Inc.* |